UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RAYMOND MOTT,                                    CV 05-1894-HU
                                                 ORDER
              Plaintiff,

   v.

KARLA KELLER and
SUZAN MORRISON,

             Defendants.
_____

REDDEN, Judge:

     On November 1, 2006, Magistrate Judge Dennis James Hubel filed his Findings and Recommendation (doc. 32). The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de

PAGE 1 - ORDER

novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (doc. 32). Defendants' Second Motion to Dismiss (doc. 25) is GRANTED, and Plaintiff's Amended Complaint (doc. 24) is dismissed with prejudice. Further, Defendants' request for attorney's fees and costs associated with bringing the second motion to dismiss is DENIED.

IT IS SO ORDERED.

DATED this  22nd  day of December, 2006.

/s/ James A. Redden
James A. Redden
United States District Judge